JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ORELLANA, | CASE NUMBER |
| | CV 12-01944-MMM(CWx) |
| PLAINTIFF(S) | |
| v. | |
| COUNTY OF LOS ANGELES, ET AL., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Margaret M. Morrow, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Cindy Orellana

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 7/17/13          By ANEL HUERTA
                           Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)          JUDGMENT ON THE VERDICT FOR DEFENDANT(S)